IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF OREGON

JERRY W. HUFFMAN,                                    CIVIL NO.: 1:14-CV-00861-AC

    Plaintiff

COMMISSIONER of                                      ORDER
Social Security Administration

    Defendant.

As authorized by 28 U.S.C. § 2412 and 1920 and subject to the terms of the stipulation of the parties,

IT IS HEREBY ORDERED that the attorney fees in the amount of $11,242.75 and expenses in the amount of $26.53 for certified mailings be awarded to Plaintiff, pursuant to *Astrue v. Ratliff,* 130 S. Ct. 2521 (2010), and *Tobeler v. Colvin,* 749 F.3d 830 (9th Cir. 2014).

IT IS SO ORDERED this 23rd day of May, 2016.

_____
JOHN V. ACOSTA
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

/s/ Arthur W. Stevens III
_____
ARTHUR W. STEVENS III    OSB#850857
BLACK, CHAPMAN, PETERSEN & STEVENS
221 Stewart Ave., Suite #209
Medford, OR 97501
    Attorney for Plaintiff

- 1 - ORDER

BLACK, CHAPMAN, PETERSEN & STEVENS
ATTORNEYS AT LAW
221 Stewart Ave., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
stevens@blackchapman.com